proved to be true * * *." As the court noted in *People v. Ranson, supra,* this allegation was merely a general averment of reliability unsubstantiated by the type of specificity contained in the instant affidavit. The order quashing the warrant is reversed and the cause remanded.

Reversed and remanded.

LORENZ, P. J., and ENGLISH, J., concur.

THE PEOPLE *ex rel.* KEITH RUSSELL DAVIS, Petitioner-Appellant, *v.* JOHN J. TWOMEY, Warden, Illinois State Penitentiary, Respondent-Appellee.

(No. 71-107;

Third District—January 5, 1972.

Bruce Stratton, of Defender Project, of Ottawa, for appellant.

Louis R. Bertani, State's Attorney, of Joliet, for appellee.

JAMES O. CHAMBERS, Appellant, *v.* FREDA L. GOUGH *et al.,* Appellees.

(No. 71-88;

Second District—January 19, 1972.

*Rehearing denied March 20, 1972.*